Commonwealth *v.* Williams, Appellant.

Argued June 10, 1974. *Charles S. Lieberman,* with him *Wolov, Rosenberg & Alexy,* for appellant; *Douglas B. Richardson,* Assistant District Attorney, with him *David Richman, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Williams, Appellant.

Argued June 12, 1974. *Harris N. Walters,* with him *Shapiro and Bressler,* for appellant; *James J. Wilson,* Assistant District Attorney, with him *David Richman, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.